[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRINKMAN, et. al,<br><br>               Plaintiffs,<br><br>    v.<br><br>SCHWEIZER AIRCRAFT CORPORATION, et. al,,<br><br>               Defendants. | CASE NO. 3:10-cv-04601-MHP<br><br>Judge:  Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE INITIAL<br>CASE MANAGEMENT<br>CONFERENCE** |

    IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record that the Initial Case Management Conference be continued until after the Court issues its ruling. *

Dated: March 8, 2011

                                      James W. Hunt
                                      Darrell M. Padgette
                                      FITZPATRICK & HUNT,
                                          TUCKER, COLLIER, PAGANO, AUBERT, LLP
                                      633 West Fifth Street, 60th Floor
                                      Los Angeles, CA  90071
                                      Telephone:  (213) 873-2100
                                      Facsimile:  (213) 873-2125


                                By: _____/s/_____
                                      Darell M. Padgette
                                      Attorneys for Defendants
                                      SCHWEIZER AIRCRAFT CORPORATION
                                      And SCHWEIZER HOLDINGS, INC.

Page 1 –   STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND STAY INITIAL
             CASE MANAGEMENT CONFERENCE

Dated: March 8, 2011

Gerald Sterns, Esq.
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506

By: /s/ Gerald C. Sterns
Gerald Sterns
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 3/9/2011

_____
HONORABLE MARILYN H. PATEL
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel]

**\* A further Case Management Conference is to be scheduled after response, if any, to Court's order.**

Page 2 –   STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND STAY INITIAL CASE MANAGEMENT CONFERENCE